UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS ANDRADE,

      Plaintiff,

-vs-                                    Case No. 6:13-cv-1507-Orl-28KRS

BLUEWARE, INC., ROSE HARR,
WILLIAM MATTHEW DUPREE,
MITCHELL NEEDELMAN,

      Defendants.

---

## ORDER

This case is before the Court on Defendant Mitchell Needelman's Motion to Dismiss and to Stay (Doc. No. 30) and the Court's Order to Show Cause why it should not decline to exercise supplemental jurisdiction over the state law causes of action alleged in the Complaint (Doc. No. 41). The United States Magistrate Judge has submitted a report recommending that the state law causes of action in Counts II, III, and IV of the Complaint be dismissed for lack of supplemental jurisdiction under 28 U.S.C. § 1367(a).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 26, 2014 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Counts II, III, and IV of the Complaint (the state law causes of action) are **DISMISSED** for lack of supplemental jurisdiction under 28 U.S.C. § 1367(a).

3. The Clerk of the Court is directed to terminate Defendant Needelman's Motion to Dismiss (Doc. No. 30).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party