UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARLOS ANDRADE,**

      **Plaintiff,**

v.                                                  Case No: 6:13-cv-1507-Orl-41KRS

**BLUEWARE, INC., ROSE HARR and WILLIAM MATTHEW DUPREE,**

      **Defendants.**

                                                   /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Joint Motion," Doc. 75). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 76), which recommends that this Court: (1) grant in part the parties' Joint Motion, thereby approving the Settlement Agreement (Doc. 75-1); (2) prohibit counsel from withholding Plaintiff's settlement proceeds; (3) order counsel to provide a copy of this Order to Plaintiff; and (4) dismiss this case with prejudice. (Report & Recommendation at 4).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 76) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 75) is **GRANTED in part**, and the parties' Settlement Agreement (Doc. 75-1) is **APPROVED**.

3. Plaintiff's Counsel shall not withhold any portion of the $2,500.00 payable to Plaintiff, and **on or before May 26, 2015**, Plaintiff's Counsel shall provide Plaintiff with a copy of this Order and Judge Spaulding's Report and Recommendation.

4. The Complaint (Doc. 1) is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record